IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Zarate, Eleazar

Printed: 02/17/09

Case Number:  07 B 23800
Judge:  Hollis, Pamela S
Filed:  12/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 5, 2009
Confirmed:  February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,680.00 |  |
| Secured: |  | 18,465.85 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 924.20 |
| Trustee Fee: |  | 1,289.95 |
| Other Funds: |  | 0.00 |
| Totals: | 20,680.00 | 20,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 924.20 | 924.20 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 14,773.56 | 12,311.30 |
| 4. | Wells Fargo Auto Finance | Secured | 27,352.96 | 5,128.95 |
| 5. | Wells Fargo Home Mortgage | Secured | 13,980.02 | 1,025.60 |
| 6. | Capital One | Unsecured | 799.18 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 15,827.63 | 0.00 |
|  |  |  | $ 73,657.55 | $ 19,390.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 279.18 |
| 6.5% | 840.16 |
| 6.6% | 170.61 |
|  | $ 1,289.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

